IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                        No. 2:11-cv-0274-KJN

      v.

ANNADALE COMPANY,
a limited partnership,

      Defendant.               ORDER

_____/

        This matter was set for a status conference on February 2, 2012.[1] Plaintiff, who is an attorney, has requested that the status conference be continued sixty (60) days because plaintiff will be traveling out of the country and unable to attend the conference as originally scheduled, and defendant has stipulated to the continuance. (Dkt. No. 12.) The parties represent that such a continuance would also give them time to engage in settlement discussions. (Id.)

        This case has been pending for nearly one year, and to date, no scheduling conference has been held. (Compl., Dkt. No. 1 (filed January 30, 2011).) While the undersigned grants the parties' stipulated request for a continuance at this time, the undersigned will not look

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1 favorably upon future requests to continue the status (pretrial scheduling) conference absent
2 exceptional circumstances.

3        Accordingly, plaintiff's request for a continuance is granted and the status
4 conference currently set for February 2, 2012, is rescheduled.  The undersigned shall conduct a
5 status (pretrial scheduling) conference in this matter on April 5, 2012.

6        For the reasons stated above, IT IS HEREBY ORDERED that:

7     1.   The status (pretrial scheduling) conference currently set for February 2,
8 2012, is rescheduled.

9     2.   The undersigned shall conduct a status (pretrial scheduling) conference in
10 this matter on April 5, 2012, at 10:00 a.m., in Courtroom 25.  All parties shall file status reports
11 in accordance with Eastern District Local Rule 240(b), preferably a joint status report, *at least 14*
12 *days in advance of the status (pretrial scheduling) conference*.  Failure to do so may result in the
13 imposition of sanctions.

14        IT IS SO ORDERED.

15 DATED:  January 19, 2012

17                                   KENDALL J. NEWMAN
18                                   UNITED STATES MAGISTRATE JUDGE