SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Annadale Company,<br><br>          Defendant. | Case No. **2:11-cv-00274-KJN**<br><br>~~PROPOSED~~ **ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' stipulation at Docket Number 17.[1]

**Date:  4/12/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered May 20, 2011. (Dkt. No. 10.)  The parties have consented to the jurisdiction of the United States Magistrate Judge.  (Dkt. Nos. 10; 9 at 6.)